| Fill in this information to identity the case: | | | |
|---|---|---|---|
| Debtor 1 | MICHAEL MARENTETTE | | |
| Debtor 2 | APRIL MARENTETTE | | |
| United States Bankruptcy Court for the: | Eastern District of Michigan, Detroit Division | District of | MI (State) |
| Case Number | 1653131 | | |

Official Form 410S1

# Notice of Mortgage Payment Change

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of Creditor:**
**Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Certificate Trustee for NNPL Trust Series 2012-1**

**Court claim no (if known):** 8

**Date of payment change:** 03/01/2018
Must be at least 21 days after date of this notice

**Last four digits** of any number you use to identify the debtor's account: **0541**

**New total payment:** **$1,213.81**
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $545.68  **New escrow payment:** $35.75

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate note?**

☑ No
☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:**  **New interest rate:**
**Current principal and interest payment:**  **New principal and interest payment:**

## Part 3: Other Payment Adjustment

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:**  **New mortgage payment:**

| Debtor 1 | MICHAEL MARENTETTE | Case Number (if known) | 1653131 |
|---|---|---|---|

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor

☑ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| /s/ Kristine Sidinger | | Date | 02/01/2018 |
|---|---|---|---|
| Signature | | | |

| **Print** | Kristine Sidinger | Title | Bankruptcy Case Manager |
|---|---|---|---|
| Company | Shellpoint Mortgage Servicing | | |
| Address | PO Box 10826 | | |
| | Greenville | SC | 29603-0826 |
| Contact phone | (800) 365-7107 | Email | mtgbk@shellpointmtg.com |

Shellpoint Mortgage Servicing  
55 Beattie Place  
Suite 110  
Greenville, SC  29601  
For Inquiries:  (800) 365-7107

Final

Analysis Date: January 25, 2018  
Loan:

MICHAEL MARENTETTE  
APRIL MARENTETTE  
13773 KIMBALL RD  
BERLIN TWP MI  48002

Property Address:  
13773 KIMBALL ROAD  
ALLENTON, MI  48002

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Mar 01, 2018 | Prior Esc Pmt | April 01, 2017 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $1,178.06 | $1,178.06 ** | P & I Pmt: | $1,178.06 | Due Date: | Jul 01, 2017 |
| Escrow Pmt: | $545.68 | $35.75 | Escrow Pmt: | $545.68 | Escrow Balance: | $5,573.96 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $4,365.44 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $35.76 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment: | $1,723.74 | $1,213.81 | Total Payment: | $1,723.74 | Anticipated Escrow Balance: | $9,903.64 |

| Shortage/Overage Information | Effective Mar 01, 2018 |
|---|---|
| Upcoming Total Annual Bills | $429.01 |
| Required Cushion | $0.00 |
| Required Starting Balance | $0.01 |
| Escrow Shortage | $0.00 |
| Surplus | $9903.63 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of $0.00. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below $71.50 or 1/6 of the anticipated payment from the account.

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

This is a statement of actual activity in your escrow account from Jan 2006 to Feb 2018.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | $4,544.67 | $4,544.67 |
| Jan 2006 | $545.68 | | | * | | $5,090.35 | $4,544.67 |
| Feb 2006 | $545.68 | | | * | | $5,636.03 | $4,544.67 |
| Mar 2006 | $545.68 | | | * | | $6,181.71 | $4,544.67 |
| Apr 2006 | $545.68 | | | * | | $6,727.39 | $4,544.67 |
| May 2006 | $545.68 | | | * | | $7,273.07 | $4,544.67 |
| Jun 2006 | $545.68 | | | * | | $7,818.75 | $4,544.67 |
| Jul 2006 | $545.68 | | | * | | $8,364.43 | $4,544.67 |
| Aug 2006 | $545.68 | | | * | | $8,910.11 | $4,544.67 |
| Sep 2006 | $545.68 | | | * | | $9,455.79 | $4,544.67 |
| Oct 2006 | $545.68 | | | * | | $10,001.47 | $4,544.67 |
| Dec 2006 | $545.68 | | | * | | $10,547.15 | $4,544.67 |
| Nov 2017 | | $545.68 | $0.01 | * | Hazard | $10,547.14 | $5,090.35 |
| Dec 2017 | | $545.68 | | * | | $10,547.14 | $5,636.03 |
| Dec 2017 | | | | $35.75 * | PMI | $10,547.14 | $5,600.28 |
| Dec 2017 | | | | $35.75 * | PMI | $10,547.14 | $5,564.53 |
| Dec 2017 | | | | $35.75 * | PMI | $10,547.14 | $5,528.78 |
| Dec 2017 | | | | $35.75 * | PMI | $10,547.14 | $5,493.03 |
| Dec 2017 | | | | $35.75 * | PMI | $10,547.14 | $5,457.28 |
| Dec 2017 | | | | $35.75 * | PMI | $10,547.14 | $5,421.53 |
| Dec 2017 | | | | $35.75 * | PMI | $10,547.14 | $5,385.78 |
| Dec 2017 | | | | $35.75 * | PMI | $10,547.14 | $5,350.03 |
| Dec 2017 | | | | $35.75 * | PMI | $10,547.14 | $5,314.28 |
| Dec 2017 | | | | $35.75 * | PMI | $10,547.14 | $5,278.53 |
| Dec 2017 | | | | $35.75 * | PMI | $10,547.14 | $5,242.78 |
| Dec 2017 | | | | $35.75 * | PMI | $10,547.14 | $5,207.03 |
| Dec 2017 | | | | $35.75 * | PMI | $10,547.14 | $5,171.28 |
| Dec 2017 | | | | $35.75 * | PMI | $10,547.14 | $5,135.53 |
| Dec 2017 | | | | $35.75 * | PMI | $10,547.14 | $5,099.78 |
| Dec 2017 | | | | $35.75 * | PMI | $10,547.14 | $5,064.03 |
| Jan 2018 | | $545.68 | | * | | $10,547.14 | $5,609.71 |
| Jan 2018 | | | | $35.75 * | PMI | $10,547.14 | $5,573.96 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Anticipated Transactions | $10,547.14 $5,573.96 |
| Nov 2017 | | P | | $0.01 | Hazard | $5,573.95 |
| Jan 2018 | | $3,819.76 P | | | | $9,393.71 |
| Feb 2018 | | $545.68 P | | $35.75 | PMI | $9,903.64 |
| | $6,002.48 | $6,002.48 | $0.01 | $643.51 | | |

**An asterisk (\*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.**
**P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.**

Shellpoint Mortgage Servicing  
For Inquiries: (800) 365-7107

Final

Analysis Date: January 25, 2018  
Loan:

**Annual Escrow Account Disclosure Statement - Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | From Escrow | Description | Escrow Balance Anticipated | Required |
|---|---|---|---|---|---|
| | | | Starting Balance | $9,903.64 | $0.01 |
| Mar 2018 | $35.75 | $35.75 | PMI | $9,903.64 | $0.01 |
| Apr 2018 | $35.75 | $35.75 | PMI | $9,903.64 | $0.01 |
| May 2018 | $35.75 | $35.75 | PMI | $9,903.64 | $0.01 |
| Jun 2018 | $35.75 | $35.75 | PMI | $9,903.64 | $0.01 |
| Jul 2018 | $35.75 | $35.75 | PMI | $9,903.64 | $0.01 |
| Aug 2018 | $35.75 | $35.75 | PMI | $9,903.64 | $0.01 |
| Sep 2018 | $35.75 | $35.75 | PMI | $9,903.64 | $0.01 |
| Oct 2018 | $35.75 | $35.75 | PMI | $9,903.64 | $0.01 |
| Nov 2018 | $35.75 | $0.01 | Hazard | $9,939.38 | $35.75 |
| Nov 2018 | | $35.75 | PMI | $9,903.63 | $0.00 |
| Dec 2018 | $35.75 | $35.75 | PMI | $9,903.63 | $0.00 |
| Jan 2019 | $35.75 | $35.75 | PMI | $9,903.63 | $0.00 |
| Feb 2019 | $35.75 | $35.75 | PMI | $9,903.63 | $0.00 |
| | $429.00 | $429.01 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is $9,903.64. Your starting balance (escrow balance required) according to this analysis should be $0.01. This means you have a surplus of $9,903.63. This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping

The attached check is not a valid check, a check will be mailed within 30 days from the date of the analysis if your loan is current.

We anticipate the total of your coming year bills to be $429.01. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---|
| Unadjusted Escrow Payment | $35.75 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $35.75 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $1,213.81 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**

# UNITED STATES BANKRUPTCY COURT
## District of MICHIGAN EASTERN ( DETROIT )

In Re: MICHAEL MARENTETTE

Case No: 1653131
Chapter: 13

## PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, 2/1/2018.

**COURT**:

Eastern District of Michigan,
Detroit Division
211 West Fort Street
Detroit, MI 48226

**TRUSTEE**:

Tammy L Terry
Buhl Building
535 Griswold Suite 2100
Detroit, MI 48226

**DEBTORS COUNSEL:**

Joseph L Grima
18232 Mack Ave.
Grosse Pointe Farms, MI 48236

**DEBTORS**:

MICHAEL MARENTETTE
APRIL MARENTETTE
13773 KIMBALL RD
BERLIN TWP MI 48002

/s/ Kristine Sidinger

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826
(800) 365-7107
mtgbk@shellpointmtg.com